IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MAGGIE ROHAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:20-cv-00179-SRB |
| SAINT LUKE'S HEALTH SYSTEM, INC., THE SAINT LUKE'S HEALTH SYSTEM RETIREMENT COMMITTEE, and JOHN and JANE DOES 1-25, | ) ) ) ) ) |
|     Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Maggie Rohan and Defendants Saint Luke's Health System, Inc. and the Saint Luke's Health System Retirement Committee, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice.

Dated: April 15, 2021                        Respectfully submitted,

                                       /s/ Mark G. Boyko
                                       Mark G. Boyko (MO Bar No. 57318)
                                       BAILEY & GLASSER LLP
                                       34 N. Gore Ave.
                                       Suite 102
                                       Webster Groves, MO 63119
                                       Tel: (314) 863-5446
                                       Fax: (314)-863-5483
                                       Email: mboyko@baileyglasser.com

                                       Gregory Y. Porter (admitted *pro hac vice*)
                                       Alexandra L. Serber (admitted *pro hac vice*)
                                       BAILEY & GLASSER LLP
                                       1055 Thomas Jefferson St NW
                                       Suite 540
                                       Washington, DC 20007
                                       Tel: (202) 463-2101

Email: gporter@baileyglasser.com
aserber@baileyglasser.com

Douglas P. Needham (admitted *pro hac vice*)
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall (admitted *pro hac vice*)
Oren Faircloth (admitted *pro hac vice*)
IZARD, KINDALL & RAABE, LLP
29 South Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Email: dneedham@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.com
ofaircloth@ikrlaw.com

Kristie Blunt-Welder (MO Bar No. 61715)
Welder Blunt Welder & Associates, LLC
4741 Central St., Suite 514
Kansas City, Mo 64112
Tel: (844) 935-3373
Email: kwelder@welderfirm.com

*Attorneys for Plaintiff*


And


 /s/ Phillip G. Greenfield
Phillip G. Greenfield, Esq. (MO Bar No. 37457)
GM LAW PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Telephone: (816) 471-7700
E-mail: philg@gmlawpc.com

Lars C. Golumbic, Esq. (admitted *pro hac vice*)
Sean C. Abouchedid, Esq. (admitted *pro hac vice*)
Samuel I. Levin, Esq. (admitted *pro hac vice*)
Nate W. Ingraham, Esq. (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 857-0620
E-mail: lgolumbic@groom.com
sabouchedid@groom.com
slevin@groom.com

2

ningraham@groom.com

*Attorneys for Defendants Saint Luke's Health System, Inc. and The Saint Luke's Health System Retirement Committee*